ARBITRATION, CLOSED, ELARB

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00660-JS

| | |
|---|---|
| ZAVODNICK v. SAYL et al | Date Filed: 02/11/2005 |
| Assigned to: HONORABLE JUAN R. SANCHEZ | Jury Demand: Both |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

ROBYN E. ZAVODNICK     represented by     **ROBERT S. MILLER**
WAPNER, NEWMAN, WIGRIZER & BRECHER
115 SOUTH 21ST STREET
PHILADELPHIA, PA 19147
215-569-0900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

KAILASH SAYL     represented by     **THOMAS P. WAGNER**
RAWLE & HENDERSON LLP
THE WIDENER BLDG
ONE S. PENN SQ.
PHILADELPHIA, PA 19107
215-575-4200
Email: twagner@rawle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW J. MCLEES**
RAWLE & HENDERSON LLP
THE WIDENER BLDG
ONE S. PENN SQ
PHILADELPHIA, PA 19107
215-575-4200
Email: mmclees@rawle.com
*ATTORNEY TO BE NOTICED*

**Defendant**

7-ELEVEN, INC.     represented by     **THOMAS P. WAGNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **MATTHEW J. MCLEES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARTUSCELLI INVESTMENT ASSOCIATES**   represented by   **MARK F. DIGIOVANNI**
DEVLIN & DEVINE
100 W. ELM STREET
SUITE 200
CONSHOHOCKEN, PA 19428
610-397-4617
Email: mark.digiovanni@stpaul.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2005 | 1 | COMPLAINT against KAILASH SAYL, 7-ELEVEN, INC., MARTUSCELLI INVESTMENT ASSOCIATES ( Filing fee $ 250 receipt number 913618.), filed by ROBYN E. ZAVODNICK.(gtk, ) Additional attachment(s) added on 4/6/2005 (fdc, ). (Entered: 02/11/2005) |
| 02/11/2005 |   | Three(3) Original Summonses Issued as to KAILASH SAYL, 7-ELEVEN, INC., MARTUSCELLI INVESTMENT ASSOCIATES. Mailed To: Counsel on 2/11/2004. (gtk, ) (Entered: 02/11/2005) |
| 02/11/2005 |   | DEMAND for Trial by Jury by ROBYN E. ZAVODNICK. (gtk, ) (Entered: 02/11/2005) |
| 02/11/2005 |   | Case Eligible for Arbitration(gtk, ) (Entered: 02/11/2005) |
| 03/04/2005 | 2 | NOTICE of Appearance by THOMAS P. WAGNER on behalf of KAILASH SAYL, 7-ELEVEN, INC. with jury demand, Certificate of Service (fdc, ) (Entered: 03/04/2005) |
| 03/14/2005 | 3 | NOTICE of Appearance by MARK F. DIGIOVANNI on behalf of MARTUSCELLI INVESTMENT ASSOCIATES (DIGIOVANNI, MARK) (Entered: 03/14/2005) |
| 03/14/2005 | 4 | MOTION to Dismiss filed by MARTUSCELLI INVESTMENT ASSOCIATES.Notice of Motion, Order, Certificate of Service and Exhibit A. (Attachments: # 1 Exhibit "A")(DIGIOVANNI, MARK) (Entered: 03/14/2005) |
| 03/14/2005 | 5 | ANSWER to Complaint together with with Affirmative Defenses by KAILASH SAYL, 7-ELEVEN, INC.; Jury Demand, Certificate of Service. (Attachments: # 1 Exhibit A) (MCLEES, MATTHEW) Modified on 3/15/2005 (np). (Entered: 03/14/2005) |
| 03/18/2005 | 6 | ORDER THAT A STATUS CONFERENCE IS SET FOR 4/13/2005 AT 5:00 PM IN COURTROOM BEFORE HONORABLE JUAN R. |

| | | |
|---|---|---|
| | | SANCHEZ. SIGNED BY JUDGE JUAN R. SANCHEZ ON 3/16/05. 3/18/05 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 03/18/2005) |
| 03/28/2005 | 7 | Plaintiff's Response to Defendant's Motion to Dismiss, Memorandum, Certificate of Service. (Attachments: # 1 memlw.# 2 propo.)(fdc) (Entered: 03/28/2005) |
| 03/28/2005 | 8 | RESPONSE in Support re 4 MOTION to Dismiss *Plaintiff's Complaint based on Improper Venue or Forum Non Conveniens* filed by KAILASH SAYL, 7-ELEVEN, INC.. (Attachments: # 1 Exhibit A - B)(WAGNER, THOMAS) (Entered: 03/28/2005) |
| 03/28/2005 | 9 | *Amended* ANSWER to Complaint *with Affirmative Defenses* by KAILASH SAYL, 7-ELEVEN, INC., Certificate of Service. (Attachments: # 1 # 2 Exhibit A) (WAGNER, THOMAS) Modified on 3/29/2005 (np). (Entered: 03/28/2005) |
| 04/13/2005 | 10 | AFFIDAVIT re 4 MOTION to Dismiss by MARTUSCELLI INVESTMENT ASSOCIATES. (Attachments: # 1 Exhibit B (Incorrectly named as Exhibit A))(DIGIOVANNI, MARK) (Entered: 04/13/2005) |
| 04/18/2005 | 11 | Minute Entry for proceedings held before Judge JUAN R. SANCHEZ : Pretrial Conference held on 4/13/05. (fdc) (Entered: 04/19/2005) |
| 07/27/2005 | 12 | MEMORANDUM AND ORDER THAT DEFENDANT'S MOTION TO DISMISS OR TRANSFER IS GRANTED. THIS CASE IS HEREBY TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. SIGNED BY JUDGE JUAN R. SANCHEZ ON 7/27/05. 7/27/05 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 07/27/2005) |
| 08/29/2005 | | Case Transferred to District of Delaware. Original File, certified copy of transfer order, and docket sheet sent. (fdc, ) (Entered: 08/29/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2005 08:33:43 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00660-JS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |