No disk

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-660 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| and | : | Jury Trial |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

05-630

**FILED**

MAR 0 4 2005

MICHAEL E. KUNZ, Clerk
By: _____ Dep. Clerk

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of defendants, Kailash Sayl and 7-Eleven, Inc. in the above-captioned matter.

RECEIVED
AUG 3 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RAWLE & HENDERSON LLP

By: _____
Thomas P. Wagner, Esquire
Identification No. 27145
Matthew J. McLees, Esquire
Identification No. 71592
One South Penn Square
The Widener Building
Philadelphia, PA 19107
(215) 575 4200

1112681 v.1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Deposition of Plaintiff was sent by First Class mail, postage prepaid, to the following counsel of record:

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA  19147

**FILED**
MAR 0 4 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

RAWLE & HENDERSON LLP

By: _____
    Thomas P. Wagner, Esquire
    Matthew J. McLees, Esquire
    Attorneys for Defendants,
    Kailash Sayl and 7-Eleven, Inc.

Dated: March 2, 2005

1112681 v.1