IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 05-660 |
| | : | |
| KAILASH SAYL, 7-ELEVEN, INC. | : | |
| and MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant, Martuscelli Investment Associates regarding the above-captioned matter.

         WILLIAM J. DEVLIN, JR. & ASSOCIATES


         BY: /s/Mark F. DiGiovanni
          Mark F. DiGiovanni, Esquire
          Attorney for Defendant
          Martuscelli Investment Associates
          Attorney ID# 40701
          Suite 200
          100 West Elm Street
          Conshohocken, PA  19428
          (610)-397-4600