IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-660 |
| | : | |
| KAILASH SAYL, ET AL. | : | |

**<u>ORDER</u>**

And now this 16th day of March, 2005, a status conference is scheduled in the above-captioned matter on April 13, 2005 at 5:00 p.m. in Courtroom TBA (call day prior).

BY THE COURT:

_____
Juan R. Sánchez, J.