IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBYN E. ZAVODNICK** | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 05-660 |
| | : | |
| **KAILASH SAYL** | : | |
| and | : | |
| **7-ELEVEN, INC.** | : | |
| and | : | |
| **MARTUSCELLI INVESTMENT ASSOCIATES** | : | |
| | : | |

**ORDER**

**AND NOW** this _____ day of _____, 2005, upon consideration of Defendant, Martuscelli Investment Associates', Motion to Dismiss and Plaintiff's response thereto, it is hereby ORDERED and DECREED that plaintiff is granted ninety (90) days from the date of this Order to conduct discovery relative to the issues presented by Defendant, Martuscelli Investment Associates', Motion to Dismiss. It is further ORDERED and DECREED that Plaintiff shall then have thirty (30) days to respond to Defendant, Martuscelli Investment Associates', Motion to Dismiss.

BY THE COURT:

_____
J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBYN E. ZAVODNICK** | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 05-660 |
| | : | |
| **KAILASH SAYL** | : | |
| and | : | |
| **7-ELEVEN, INC.** | : | |
| and | : | |
| **MARTUSCELLI INVESTMENT** | : | |
| **ASSOCIATES** | : | |

## ORDER

**AND NOW** this _____ day of _____, 2005, upon consideration of Defendant, Martuscelli Investment Associates', Motion to Dismiss and Plaintiff's Response thereto, it is hereby ORDERED and DECREED that said Motion is **DENIED**.

BY THE COURT:

_____
J.