IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-660 |
| | : | |
| KAILASH SAYL, 7-ELEVEN, INC. and MARTUSCELLI INVESTMENT ASSOCIATES | : : : | |

**PRAECIPE TO ATTACH AFFIDAVIT IN SUPPORT OF DEFENDANT MARTUSCELLI INVESTMENT ASSOCIATES MOTION TO DISMISS**

Kindly attach the enclosed Affidavit of Anna Martuscelli, General Partner of Martuscelli Investment Associates as Exhibit "B" to the Motion to Dismiss filed by moving defendant on March 14, 2005 pursuant to Federal Rule of Civil Procedure 12b(2) and 12(b)(3)

                                          WILLIAM J. DEVLIN, JR & ASSOCIATES

                                          BY: /s/Mark F. DiGiovanni
                                              Mark F. DiGiovanni, Esquire
                                              Attorney for Defendant
                                              Martuscelli Investment Associates
                                              Attorney ID# 40701
                                              Suite 200
                                              100 West Elm Street
                                              Conshohocken, PA  19428
                                              (610)-397-4600

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the enclosed Praecipe to Attach Affidavit of Defendant Martuscelli Investment Associates to Motion to Dismiss Plaintiff's Complaint was sent to all parties by United States first-class mail, postage pre-paid on April 13, 2005.

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA  19147

Thomas P. Wagner, Esquire
Rawle & Henderson, LLP
The Widener Bldg.
One South Penn Square
Philadelphia, PA  19107

                                      WILLIAM J. DEVLIN, JR & ASSOCIATES

                                      BY: /s/Mark F. DiGiovanni
                                          Mark F. DiGiovanni, Esquire
                                          Attorney for Defendant
                                          Martuscelli Investment Associates
                                          Attorney ID# 40701
                                          Suite 200
                                          100 West Elm Street
                                          Conshohocken, PA  19428
                                          (610)-397-4600