IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBYN E. ZAVODNICK         :
                           :
v.                         :   CIVIL ACTION NO. 05-660
                           :
KAILASH SAYL, 7-ELEVEN, INC.:
and MARTUSCELLI INVESTMENT :
ASSOCIATES                 :

### AFFIDAVIT OF ANNA MARTUSCELLI

STATE OF DELAWARE          :
                           :
                        SS :
                           :
COUNTY OF NEW CASTLE       :

I, ANNA MARTUSCELLI, being duly sworn, depose and state as follows:

1. I am a General Partner of Martuscelli Investment Associates, and have been an officer of the company since 1982.

2. At all times relevant hereto, the principal place of business of Martuscelli Investment Associates, a Delaware Partnership, has been 3 Bennington Drive, Newark, Delaware.

3. Plaintiff Robyn E. Zavodnick's injuries occurred on premises owned by Martuscelli Investment Associates located at 100 Four Seasons Parkway, Newark, Delaware. Thus, plaintiff's cause of action arose in the State of Delaware.

4. Martuscelli Investment Associates has never transacted business in the Commonwealth of Pennsylvania.

5. Martuscelli Investment Associates owns a shopping center in Newark, Delaware where this incident allegedly occurred, and also owns a restaurant in Maryland. Martuscelli Investment Associates does not own any property in Pennsylvania.



6. Martuscelli Investment Associates does not maintain any offices in Pennsylvania.

7. The information contained in this Affidavit is true and correct to the best of my knowledge, information and belief.

*Anna Martuscelli*
General Partner
Martuscelli Investment Associates

Sworn to and subscribed
before me this 31 day
of March, 2005

Notary Public