

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBYN E. ZAVODNICK          CIVIL ACTION

v.     APR 18 2005     NO. 05-660

KAILASH SAYL, ET AL.     MICHAEL E. KUNZ, Clerk     0 5 - 6 3 9

## MINUTE ENTRY/REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE

On this 13th day of April, 2005, a

[X] Pretrial Conference was held.

[ ] Settlement Conference was held.

[ ] Teleconference was held.



TOTAL TIME: 15 minutes

Nancy DeLisle
Deputy Clerk to Judge Sánchez