**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

05 - 639

*August 29, 2005*

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

*U.S. District Court*
*District of Delaware*
*Peter T. Dalleo, Clerk*
*844 King Street, Lockbox 18*
*Wilmington, DE 19801-3570*

RE:   *Robyn E. Zavodnick v. Kailash Sayl, Et. Al.*
      *USDC EDPA# 05-cv-660*

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above-captioned case which has been transferred to your District pursuant to *Judge Sanchez's Opinion & Order of 7/27/05.*

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____

*Frank Del Campo*, Deputy Clerk

cc:   *M. DiGiovanni*
      *M. McLees*
      *T. Wagner*
      *R. Miller*
      *Judge Sanchez*
      *File*

Received above material or record file this ____ day of _____, 20 ___.

Signature: _____

Date: _____

civ625.frm