IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | C.A. No. 05cv639 |
| | : | |
| Plainitffs, | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| And MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

      Please enter the appearance of Delia A. Clark, Esq. as attorney for defendants Kailash Sayl and 7-Eleven, Inc. in the above-captioned matter.

RAWLE & HENDERSON LLP

By:_____
Delia Clark, Esquire
I.D.3337
1015 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1200

1198653 v.1

CERTIFICATE OF SERVICE

I, Delia A. Clark, Esq., do hereby certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed in the District Court and sent by First Class mail, postage prepaid, to the following counsel of record:

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19147

and

Mark F. DiGiovanni, Esquire
Devlin & Devine
100 W. Elm Street
Suite 200
Conshohocken, PA 19428

By:_____
Delia A. Clark, Esq.

Dated: September 6, 2005

1198653 v.1