IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK | CIVIL ACTION |
| v. | NO. 05cv639 |
| KAILASH SAYL and 7-ELEVEN, INC. and MARTUSCELLI INVESTMENT ASSOCIATES | JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to local Rule 83.5 in the attached certification, counsel moves for the admission pro hac vice of Thomas P. Wagner, Esquire, Rawle & Henderson LLP, The Widener Building, One South Penn Square, Philadelphia, PA 19107, Telephone Number (215)575-4200 to represent defendants, Kailash Sayl and 7-Eleven, Inc., in the above matter.

RAWLE & HENDERSON LLP

Date: 9/9/05

Delia A. Clark, Esquire (3337)
300 Delaware Ave. – Suite 1130
Wilmington, DE 19801
(302) 884-6705

1197751 v.1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05cv639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| and | : | JURY TRIAL DEMANDED |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for *pro hac vice* is **Granted.**

Date:_____                         _____
                                         United States District Judge

1197751 v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Thomas P. Wagner hereby certifies pursuant to Local Rule 83.5:

1. That applicant is eligible for admission to this Court.

2. I shall be bound by the Delaware Lawyers' Rules of Professional Conduct.

3. That applicant and all attorneys of the applicant's firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court.

4. Applicant is admitted for the practice of law in the following states or jurisdictions: Supreme Court of the Commonwealth of Pennsylvania; New York; the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania; and the United States Court of Appeals for the Third Circuit. I am a member in good standing of the aforesaid Courts.

5. Applicant has not been disbarred or suspended and he is not the subject of any pending disciplinary proceedings in any jurisdiction where the applicant has been admitted generally, pro hac vice or in any other way, except: No Exceptions.

6. Applicant will be associated in this matter with attorney of record for Defendant, Delia A. Clark, Esquire, a member of the Delaware Bar and this Court, with an office located at 300 Delaware Avenue, Suite 1130, Wilmington, DE 19801.

7. That pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

8. That I am generally familiar with this Court's Local Rules.

Thomas P. Wagner, Esquire

1197751 v.1

## CERTIFICATE OF SERVICE

I, Delia Clark, certify that a true and correct copy of Defendants, Kailash Sayl and 7-Eleven, Inc.'s Motion for Admission *Pro Hac Vice* was served via first class mail on the persons listed below:

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19147

and

Mark F. DiGiovanni, Esquire
Devlin & Devine
100 W. Elm Street
Suite 200
Conshohocken, PA 19428

RAWLE & HENDERSON LLP

Date: 9/9/05

BY: _____
Delia Clark
300 Delaware Ave. – Suite 1130
Wilmington, DE 19801

1197751 v.1