IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| | : | |
| and | : | |
| | : | |
| MARTUSCELLI INVESTMENT ASSOCIATES | : | |
| | : | |

TO: Clerk of the Court
United States District Court
District of Delaware
Lockbox 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801

PLEASE ENTER the appearance of Casarino, Christman, & Shalk, by Kenneth M. Doss, Esquire, on behalf of defendant, Martuscelli Investment Associates, to answer, object or otherwise plead in the above action.

This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant, Martuscelli Investment Associates. Defendant, Martuscelli Investment Associates, specifically reserve all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

                /s/ Kenneth M. Doss
                Kenneth M. Doss, Esquire
                I.D. No. 2862
                CASARINO, CHRISTMAN & SHALK, P.A.
                800 North King Street, Suite 200
                P.O. Box 1276
                Wilmington, DE 19899
                (302) 594-4500
                Attorney for Defendant,
Dated: September 20, 2005       Martuscelli Investment Associates

## CERTIFICATE OF SERVICE

I, KENNETH M. DOSS, ESQUIRE, hereby certify that I have served via electronic filing on this 20th day of September, 2005, two true and correct copies of the attached document addressed to:

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19147

Thomas P. Wagner, Esquire
Matthew J. McLees, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

/s/ Kenneth M. Doss
Kenneth M. Doss, Esquire
I.D. No. 2862
CASARINO, CHRISTMAN & SHALK, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant
Martuscelli Investment Associates