UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAILASH SAYL, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-00639-SLR |

### ENTRY OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      WILMINGTON, DELAWARE

Please enter the appearance of undersigned counsel as attorney for plainiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorney for Plaintiff

OF COUNSEL:

Robert S. Miller
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA  19147
Phone: 215-569-0900

DATED:  September 29, 2005

**CERTIFICATE OF SERVICE**

    I, Richard H. Morse, hereby certify that on September 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Delia Ann Clark, Esquire
    Rawle & Henderson LLP
    300 Delaware Avenue, Suite 1015
    P.O. Box 588
    Wilmington, DE 19899

    Kenneth M. Doss, Esquire
    Casarino Christman & Shalk PA
    800 North King Street, Suite, 200
    PO Box 1276
    Wilmington, DE 19899

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Richard H. Morse*
        Richard H. Morse (I.D. No. 531)
        17th Floor, Brandywine Building
        1000 West Street
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6651
        rmorse@ycst.com

        Attorney for Plaintiff