UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK<br><br>Plaintiff,<br><br>v.<br><br>KAILASH SAYL, et al.,<br><br>Defendants. | Civil Action No. 05-00639-SLR |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves for the admission *pro hac vice* of Robert S. Miller, Esquire to represent plaintiff in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff

DATED: October 4, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Chief Judge Sue L. Robinson

DATED: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK<br><br>Plaintiff,<br><br>v.<br><br>KAILASH SAYL, et al.,<br><br>Defendants. | Civil Action No. 05-00639-SLR |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

WAPNER, NEWMAN, WIGRIZER & BRECHER

_____
Robert S. Miller
115 South 21st Street
Philadelphia, PA  19147
(215) 569-0900

DATED: September 30, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on October 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>  Delia Ann Clark, Esquire
>  Rawle & Henderson LLP
>  300 Delaware Avenue, Suite 1015
>  P.O. Box 588
>  Wilmington, DE 19899

>  Kenneth M. Doss, Esquire
>  Casarino Christman & Shalk PA
>  800 North King Street, Suite, 200
>  PO Box 1276
>  Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorney for Plaintiff