# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

November 28, 2005

*Via Hand Delivery*

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

RE:   **Robyn Zavodnyck v. Martusscelli Investment Assoc.**
      **C.A. No. 05-CV-639**

Your Honor:

In accord with paragraph 3 of the Court's Order for Scheduling Conference dated October 25, 2005, please find attached a discovery plan for the above-captioned matter conforming to the form of scheduling order found on your website. Counsel for the parties have conferred on this order and agreed upon the dates inserted.

Pursuant to paragraph 3 of your Scheduling Conference Order, this form of scheduling order is being filed before the teleconference with the Court scheduled for Wednesday, November 30, 2005 at 8:45 a.m.

If the Court should need anything further, please do not hesitate to contact me.

Very truly yours,

KENNETH M. DOSS

KMD:amm

Attachment

cc:   Robert S. Miller, Esquire
      Matthew J. McLees, Esquire
      Mr. Jeffrey W. Frock; File No. AIE0628

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE

ROBYN E. ZAVODNICK            :    CIVIL ACTION
                              :
    v.                        :    NO. 05-CV-639
                              :
KAILASH SAYL and 7-ELEVEN, INC. :
                              :
    and                       :
                              :
MARTUSCELLI INVESTMENT        :
ASSOCIATES                    :
```

**O R D E R**

At Wilmington this _____ day of _____, 200 , the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by **December 9, 2005**, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**.

    (a) Discovery will be needed on the following subjects: **liability and damages-personal injury action.**

    (b) All discovery shall be commenced in time to be completed by **June 16, 2006**.

    (c) Maximum of **twenty-five (25)** interrogatories by each party to any other party.

    (d) Maximum of **ten (10)** requests for admission by each

party to any other party.

(e) Maximum of **ten (10)** depositions by plaintiff and **ten (10)** by defendants.

(f) Each deposition limited to a maximum of **four (4)** hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **April 14, 2006**. Rebuttal expert reports due by **May 12, 2006**.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **December 30, 2005.**

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **July 14, 2006**. Briefing shall be pursuant to D. Del. LR 7.1.2. No

summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6. **Applications by Motion**. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine**. All motions <u>in</u> <u>limine</u> shall be filed on or before **September 5, 2006**. All responses to said motions shall be filed on or before **September 12, 2006**.

8. **Pretrial Conference**. A pretrial conference will be held on **September 19, 2006** at **9:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial**. This matter is scheduled for a **four (4) day jury trial** commencing on **October 30, 2006** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge