IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | DEMAND FOR JURY |
| | : | TRIAL OF TWELVE |
| and | : | |
| | : | |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

## NOTICE OF SERVICE

I, Kenneth M. Doss, hereby state that on this 9th day of

December, 2005, I have had deposited in the mailbox at 800 North

King Street, Wilmington, Delaware, two true and correct copies of

Martuscelli Investment Associates' Rule 26(a) Disclosures

addressed to the persons listed below:

Richard H. Morse, Esq.
Young, Conaway, Stargett
 & Taylor, L.L.P.
1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer
 & Brecher
115 South 21st Street
Philadelphia, PA 19147

Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue,
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

Matthew J. McLees, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

 /s/ Kenneth M. Doss
Kenneth M. Doss, Esquire
I.D. No. 2862
CASARINO, CHRISTMAN & SHALK, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant,
Martuscelli Investment Associates