UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAILASH SAYL, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-00639-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 30, 2005 copies of plaintiff's disclosures pursuant to Rule 26(a) were caused to be served upon the following counsel of record by U.S. mail:

Kenneth M. Doss Esquire
Casarino Christman & Shalk PA
800 North King Street, Suite 200
PO Box 1276
Wilmington, DE 19899

Matthew J. McLees, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorney for Plaintiff

OF COUNSEL:

Robert S. Miller
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19147
Phone: 215-569-0900

DATED: December 15, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on December 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Delia Ann Clark, Esquire
>Rawle & Henderson LLP
>300 Delaware Avenue, Suite 1015
>P.O. Box 588
>Wilmington, DE 19899

>Kenneth M. Doss, Esquire
>Casarino Christman & Shalk PA
>800 North King Street, Suite, 200
>PO Box 1276
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com

>Attorney for Plaintiff