```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

ROBYN E. ZAVODNICK              :    CIVIL ACTION
                                :
   v.                           :    NO. 05-CV-639
                                :
KAILASH SAYL and 7-ELEVEN, INC. :    DEMAND FOR JURY
                                :    TRIAL OF TWELVE
   and                          :
                                :
MARTUSCELLI INVESTMENT          :
ASSOCIATES                      :

**ANSWER OF DEFENDANT, MARTUSCELLI INVESTMENT ASSOCIATES, TO NEW MATTER CROSS-CLAIMS PURSUANT TO F.R.C.P. 13 BY CO-DEFENDANTS, KAILASH SAYL AND 7-ELEVEN, INC.**

35. Denied.

36. Denied.

37. Denied.

### AFFIRMATIVE DEFENSES

38. The cross-claimants' claim for attorneys fees fails to state a claim upon which relief may be granted.

39. Attorneys fees are not recoverable.

40. The cross-claimants failed to notify the answering defendant of any defective condition.

WHEREFORE, the defendant, Martuscelli Investment Associates, requests that the cross-claims be dismissed with prejudice with costs assessed against the cross-claimants.

/s/ Kenneth M. Doss
Kenneth M. Doss, Esquire
I.D. No. 2862
CASARINO, CHRISTMAN & SHALK, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant,
Martuscelli Investment Associates

Dated: December 29, 2005

## CERTIFICATE OF SERVICE

I, KENNETH M. DOSS, ESQUIRE, hereby certify that I have served via electronic filing on this 29th day of December, 2005, and mailed two true and correct copies of the attached Answer of Martuscelli Investment Associates to New Matter Cross-Claims by Co-Defendants, Kailash Sayl and 7-Eleven, Inc. addressed to:

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19147

Matthew J. McLees, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Richard H. Morse, Esquire
Young, Conaway, Stargett & Taylor, L.L.P.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

/s/ Kenneth M. Doss
Kenneth M. Doss, Esquire
I.D. No. 2862
CASARINO, CHRISTMAN & SHALK, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant
Martuscelli Investment Associates