## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05cv639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| and | : | JURY TRIAL DEMANDED |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

### ORDER

NOW, this _____ day of _____, 2006, upon consideration for the

Motion for Leave to Amend the Cross-claim of defendants Kailash Sayl and 7-Eleven,

Inc., and any and all responses thereto, is hereby ORDERED and DECREED that said

motion is GRANTED.  Defendants Kailash Sayl and 7-Eleven, Inc. are  granted leave to

file an amended cross-claim within 20 days of this Order.


_____
                                                   J.

Date:

1247260 v.1