IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05cv639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
|     and | : | JURY TRIAL DEMANDED |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

**DEFENDANTS, KAILASH SAYL AND 7-ELEVEN, INC.'S
AMENDED ANSWER TO CROSSCLAIM OF CO-DEFENDANT
<u>MARTUSCELLI INVESTMENT ASSOCIATES</u>**

Defendants Kailash Sayl and 7-Eleven, Inc., by and through their attorneys, Rawle & Henderson LLP, hereby reply to the crossclaim of defendant Martuscelli Investment Associates as follows:

36. Denied. Under the Federal Rules of Civil Procedure, no answer is required to this paragraph as the averments therein state conclusions of law which are deemed denied.

37. Denied. Under the Federal Rules of Civil Procedure, no answer is required to this paragraph as the averments therein state conclusions of law which are deemed denied.

1237106 v.1

WHEREFORE, defendants Kailash Sayl and 7-Eleven, Inc. deny liability to any party for any sum or sums and demand judgment in their favor together with attorney's fees and costs.

        RAWLE & HENDERSON LLP

By:   */s/ Delia Clark*
     Delia Clark, Esquire 3337
     Attorneys for Defendants,
     Kailash Sayl and 7-Eleven, Inc.
     The Widener Building
     One South Penn Square
     Philadelphia, PA 19107
     (215) 575-4200

Date: December 30, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within document was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case :

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA  19147

Richard H. Morse, Esquire
Young, Conaway, Stargett & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kenneth M. Doss, Esquire
Casarino, Christman & Shalk, PA
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899


RAWLE & HENDERSON LLP


By:   */s/ Delia Clark*
         Delia Clark, Esquire

DATED: December 30, 2005

1237106 v.1