## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBYN E. ZAVODNICK, | : |
|          Plaintiff, | : |
| v. | :   Civil Action No. 05-639-SLR |
| KAILASH SAYL and 7-ELEVEN, INC. and MARTUSCELLI INVESTMENT ASSOCIATES, | : |
|          Defendants. | : |

## **ORDER**

At Wilmington this **11th** day of **January, 2006**.

IT IS ORDERED that the teleconference scheduled for Wednesday, January 18, 2006 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, March 13, 2006 at 9:30 a.m. Counsel for Kailash Sayl and 7-Eleven shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE