# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

January 13, 2006

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

**RE:** **Robyn Zavodnyck v. Martusscelli Investment Assoc.**
**C.A. No. 05-CV-639**

Your Honor:

    I represent the defendant, Martusscelli Investment Associates in the above-captioned matter, and I'm in receipt of the co-defendant, Kailash Sayl and 7-Eleven, Inc.'s, motion to amend their answer and cross-claims in the above-captioned matter. With the express understanding that my client does not agree with the terms of the amended cross-claim, I take no position on the co-defendants' motion. If the motion is granted, then I will accept service of the amended answer and cross-claim as counsel for defendant, Martusscelli Investment Associates, and file an answer to the amended cross-claim in timely fashion.

    I appreciate the Court's attention to this response. If Your Honor should need anything further, please do not hesitate to contact me.

Very truly yours,

//s// Kenneth M. Doss
KENNETH M. DOSS

KMD:amm

cc:    Robert S. Miller, Esquire
        Matthew J. McLees, Esquire
        Mr. Jeffrey W. Frock; File No. AIE0628