```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| v. | : | NO. 05-CV-639 |
| KAILASH SAYL and 7-ELEVEN, INC. | : | DEMAND FOR JURY TRIAL OF TWELVE |
| and | : | |
| MARTUSCELLI INVESTMENT ASSOCIATES | : | |

**ANSWER OF DEFENDANT, MARTUSCELLI INVESTMENT ASSOCIATES, TO AMENDED CROSS-CLAIM OF CO-DEFENDANTS, KAILASH SAYL AND 7-ELEVEN, INC.**

35. Denied.

36. Denied.

37. Any negligence of the answering defendant, and any defective condition on the answering defendant's premises is denied. The answering defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments set forth in this paragraph of the amended cross-claim.

38. It is admitted that the South Land Corporation leases certain premises located at 100 Four Seasons Parkway, Newark, Delaware pursuant to the terms of a lease with the answering defendant. The lease speaks for itself. The defendant is unable to either admit or deny the balance of the averments set forth in this paragraph of the amended cross-claim as they call for a legal conclusion.

39. The answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph of the amended cross-claim.

40. It is admitted that the South Land Corporation leases certain premises located at 100 Four Seasons Parkway, Newark, Delaware pursuant to the terms of a lease with the answering defendant. The lease speaks for itself. The defendant is unable to either admit or deny the balance of the averments set forth in this paragraph of the amended cross-claim as they call for a legal conclusion.

41. It is admitted that the South Land Corporation leases certain premises located at 100 Four Seasons Parkway, Newark, Delaware pursuant to the terms of a lease with the answering defendant. The lease speaks for itself. The defendant is unable to either admit or deny the balance of the averments set forth in this paragraph of the amended cross-claim as they call for a legal conclusion.

42. Denied as stated. The lease speaks for itself.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.

### AFFIRMATIVE DEFENSES

49. The cross-claimants' claim for attorneys fees is not recoverable.

50. The cross-claimants failed to notify the answering defendant of any defective condition.

51. The answering defendant is entitled to attorneys fees

from the cross-claimants pursuant to the terms of the lease.

WHEREFORE, the defendant, Martuscelli Investment Associates, requests that the amended cross-claims be dismissed with prejudice with costs and attorneys fees assessed against the cross-claimants.

                                                                            //s// Kenneth M. Doss
                                        Kenneth M. Doss, Esquire
                                        I.D. No. 2862
                                        CASARINO, CHRISTMAN & SHALK, P.A.
                                        800 North King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
                                        Attorney for Defendant,
Dated: February 16, 2006         Martuscelli Investment Associates

**CERTIFICATE OF SERVICE**

I, KENNETH M. DOSS, ESQUIRE, hereby certify that I have served via electronic filing on this <u>16th</u> day of <u>February, 2006</u>, and mailed two true and correct copies of the attached Answer of Martuscelli Investment Associates to Amended Cross-Claim of Co-Defendants, Kailash Sayl and 7-Eleven, Inc. addressed to:

    Robert S. Miller, Esquire
    Wapner, Newman, Wigrizer & Brecher
    115 South 21st Street
    Philadelphia, PA 19147

    Matthew J. McLees, Esquire
    Rawle & Henderson, LLP
    The Widener Building
    One South Penn Square
    Philadelphia, PA 19107

    Richard H. Morse, Esquire
    Young, Conaway, Stargett & Taylor, L.L.P.
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899

    Delia Ann Clark, Esquire
    Rawle & Henderson LLP
    300 Delaware Avenue, Suite 1015
    P.O. Box 588
    Wilmington, DE 19899-0588

    <u>//s// Kenneth M. Doss</u>
    Kenneth M. Doss, Esquire
    I.D. No. 2862
    CASARINO, CHRISTMAN & SHALK, P.A.
    800 North King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899
    (302) 594-4500
    Attorney for Defendant
    Martuscelli Investment Associates