IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | DEMAND FOR JURY |
| | : | TRIAL OF TWELVE |
| and | : | |
| | : | |
| MARTUSCELLI INVESTMENT ASSOCIATES | : | |
| | : | |

## NOTICE OF SERVICE

I, KENNETH M. DOSS, ESQUIRE, hereby state that I have caused copies of the following:

    Defendant Martuscelli Investment Associates' Interrogatories Directed to Plaintiff

    Defendant Martuscelli Investment Associates' Request for Production Directed to Plaintiff

    HIPAA Authorization for Medical Records

    Defendant Martuscelli Investment Associates' Interrogatories Directed to Co-Defendants Kailash Sayl and 7-Eleven, Inc.

    Defendant Martuscelli Investment Associates' Request for Production Directed to Co-Defendants Kailash Sayl and 7-Eleven, Inc.

to be served upon:  Robert S. Miller, Esquire
         Wapner, Newman, Wigrizer & Brecher
         115 South 21st Street
         Philadelphia, PA 19147

         Matthew J. McLees, Esquire
         Rawle & Henderson, LLP
         The Widener Building
         One South Penn Square
         Philadelphia, PA 19107

Richard H. Morse, Esquire
Young, Conaway, Stargett & Taylor, L.L.P.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

           //s// Kenneth M. Doss
           Kenneth M. Doss, Esquire
           I.D. No. 2862
           CASARINO, CHRISTMAN & SHALK, P.A.
           800 North King Street, Suite 200
           P.O. Box 1276
           Wilmington, DE 19899
           (302) 594-4500
           Attorney for Defendant
           Martuscelli Investment Associates

by electronic filing and mailing copies to the addresses listed above on March 20, 2006.