IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 05cv639 |
| KAILASH SAYL and 7-ELEVEN, INC. and MARTUSCELLI INVESTMENT ASSOCIATES | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion for Summary Judgment of defendants, Kailash Sayl and 7-Eleven, Inc., and any and all responses thereto, is hereby ORDERED and DECREED that said Motion is GRANTED. All claims against the defendants, Kailash Sayl and 7-Eleven, Inc., are hereby dismissed with prejudice.

BY THE COURT:

_____
J.

1319182 v.1