## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment of defendants, Kailash Sayl and 7-Eleven, Inc., was sent by First Class mail, postage prepaid, to the following counsel of record:

>Richard H. Morse, Esquire
>Young, Conaway, Stargett & Taylor, LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>
>Robert S. Miller, Esquire
>Wapner, Newman, Wigrizer & Brecher
>115 South 21st Street
>Philadelphia, PA 19147
>
>Kenneth M. Doss, Esquire
>Casarino, Christman & Shalk, PA
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899

>RAWLE & HENDERSON, LLP
>
>By:  /s/ Delia A. Clark
>DELIA A. CLARK, No. 3337
>300 Delaware Avenue, Suite 1015
>Wilmington, DE 19801
>302-654-0500
>
>Attorneys for Defendants,
>Kailash Sayl and 7-Eleven, Inc.

Date: July 14, 2006

1319182 v.1