IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05-CV-639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | DEMAND FOR JURY |
| | : | TRIAL OF TWELVE |
| and | : | |
| | : | |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

**DEFENDANT MARTUSCELLI INVESTMENT ASSOCIATES,
JOINDER IN PLAINTIFF'S ANSWERING BRIEF AND APPENDIX
IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT
OF CO-DEFENDANTS, KAILASH SAYL and 7-ELEVEN, INC.**

Defendant, Martuscelli Investment Associates, hereby joins in plaintiff's answering brief and appendix in opposition to the motion for summary judgment of co-defendants, Kailash Sayl and 7-Eleven, Inc. Defendant, Martuscelli Investment Associates, requests that the co-defendant, Kailash Sayl and 7-Eleven, Inc.'s motion for summary judgment be denied based upon the case law and arguments set forth in plaintiff's answering brief.

//s// Kenneth M. Doss
Kenneth M. Doss, Esquire
I.D. No. 2862
CASARINO, CHRISTMAN & SHALK, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant,
Dated: August 23, 2006       Martuscelli Investment Associates

## CERTIFICATE OF SERVICE

I, KENNETH M. DOSS, ESQUIRE, hereby certify that I have served via electronic filing on this <u>23rd</u> day of <u>August, 2006</u>, and mailed two true and correct copies of the attached Joinder of Defendant Martuscelli Investment Associates in Plaintiff's Answering Brief and Appendix in Opposition to the Motion for Summary Judgment of Co-Defendants, Kailash Sayl and 7-Eleven, Inc. addressed to:

> Robert S. Miller, Esquire
> Wapner, Newman, Wigrizer & Brecher
> 115 South 21st Street
> Philadelphia, PA 19147
>
> Matthew J. McLees, Esquire
> Rawle & Henderson, LLP
> The Widener Building
> One South Penn Square
> Philadelphia, PA 19107
>
> Richard H. Morse, Esquire
> Young, Conaway, Stargett & Taylor, L.L.P.
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
>
> Delia Ann Clark, Esquire
> Rawle & Henderson LLP
> 300 Delaware Avenue, Suite 1015
> P.O. Box 588
> Wilmington, DE 19899-0588

> //s// Kenneth M. Doss
> Kenneth M. Doss, Esquire
> I.D. No. 2862
> CASARINO, CHRISTMAN & SHALK, P.A.
> 800 North King Street, Suite 200
> P.O. Box 1276
> Wilmington, DE 19899
> (302) 594-4500
> Attorney for Defendant
> Martuscelli Investment Associates