# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RICHARD H. MORSE
DIRECT DIAL: 302-571-6651
DIRECT FAX:   302-576-3319
rmorse@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 6, 2006

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Zavodnick v. Martuscelli Investment Assoc., et al.
                Civil Action No. 05-639-SLR

Dear Chief Judge Robinson:

      The parties have agreed upon a settlement of this case. A stipulation of dismissal will be filed with the Court as soon as the settlement is consummated.

      Respectfully yours,

      Richard H. Morse (No. 531)

RHM:cg
cc:    Clerk of the Court (by e-file and hand delivery)
       Delia A. Clark, Esquire (by e-file and hand delivery)
       Kenneth M. Doss, Esquire (by e-file and hand delivery)
       Robert S. Miller, Esquire (by e-mail)