## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBYN E. ZAVODNICK    :  CIVIL ACTION
            :
 v.         :  NO. 05cv639
            :
KAILASH SAYL and 7-ELEVEN, INC. :
   and        :  JURY TRIAL DEMANDED
MARTUSCELLI INVESTMENT   :
ASSOCIATES       :

### STIPULATION

IT IS HEREBY STIPULATED between and among counsel for all defendants that all

crossclaims of any kind or description between or among defendants in this case are hereby

DISMISSED with prejudice.

**CASARINO, CHRISTMAN**
 **& SHALK, P.A.**

By:_____
  Kenneth M. Doss, Esquire
  800 North King Street, Suite 200
  P.O. Box 1276
  Wilmington, DE  19899
  (302) 425-5177
  Attorney for Defendant
  Martuscelli Investment Associates

**RAWLE & HENDERSON, LLP**

By:_____
  Thomas P. Wagner, Esq.
  The Widener Building
  One South Penn Square
  Philadelphia, PA  19107
  (215) 575-4200
  Attorney for Defendants
  Kailash Sayl and 7-Eleven, Inc.

1373883 v.1