IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBYN E. ZAVODNICK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 05cv639 |
| | : | |
| KAILASH SAYL and 7-ELEVEN, INC. | : | |
| and | : | JURY TRIAL DEMANDED |
| MARTUSCELLI INVESTMENT | : | |
| ASSOCIATES | : | |

### STIPULATION

IT IS HEREBY STIPULATED between and among counsel for all parties that all claims and crossclaims of all parties are DISMISSED with prejudice.

WAPNER, NEWMAN, WIGRIZER
& BRECHER

By: _____
Robert S. Miller, Esquire
115 South 21st Street
Philadelphia, PA 19103
(215) 569-0900
Attorney for Plaintiff
Robyn E. Zavodnick

CASARINO, CHRISTMAN & SHALK, P.A.

By: _____
Kenneth M. Doss, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 425-5177
Attorney for Defendant
Martuscelli Investment Associates

RAWLE & HENDERSON, LLP

By: _____
Thomas P. Wagner, Esq.
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorney for Defendants
Kailash Sayl and 7-Eleven, Inc.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: _____
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com
Attorney for Plaintiff

1376693 v.1